83,008-02

5-14-15

Abel Acosta, Clerk
Court of Criminal Appeals
Re: WARREN L. Rodgers
WR-83-008-02

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 18 2015

Abel Acosta, Clerk

Dear Clerk Acosta,
This letter is to inform you, that I received a white card on 5/13/15, stating that My "Motion Requesting for Remand was denied. Please be advised that THERE IS AN ERROR. I want to bring to your attention that My "Motion Requesting to Remand" was in WR-83-008-03 / Cause No. 16,648-2001A, and not in Cause No. 16,940-2001A, WR-83-008-02. However, I made objection's to the State's NON-Response to the writ of Habeas Corpus Application, in Cause No. 16,940-2001A. I was wondering, If this court is still considering My objection's that I made in the Petition? Would you please bring to the court attention and correct that ERROR with the Court? Please inform me of the Matter. Thank you very Much for your service.